**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) ) ) ) | Case No. <u>14-53899</u> |
| Kevin Jackson | ) ) ) | Judge: <u>PRESTON</u> |
| Debtor | ) ) ) | Chapter: 13 |

**NOTICE OF CHANGE OF ADDRESS**

NAME OF PARTY TO BE CHANGED:     Debtor;     Kevin Jackson

FORMER ADDRESS:          74 Eastmoore Blvd.
                         Columbus OH, 43209

NEW ADDRESS:             5601 N. Banana River Blvd.
                         Cocoa Beach, FL 32931


DATE: Wednesday, January 06, 2016     */s/ Michael A. Cox*
                                      Michael A. Cox (0075218)
                                      Attorney for Debtor
                                      Guerrieri & Cox
                                      2500 North High Street, Ste. 100
                                      Columbus, OH 43202
                                      (614) 267-2871

**AMENDED CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above Notice of Change of Address is served via ECF to the Trustee for the above named Debtor upon transmission to the Court.

Creditors/Parties of Interest via electronically:

US Trustee
Frank M Pees
Mia L Conner on behalf of Creditor JPMorgan Chase Bank, NA
Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation

Creditors and parties of interest via regular US mail:

Franklin County Treasurer
373 S HIGH ST FL 17
COLUMBUS, OH 43215

Kevin Jackson
5601 N. Banana River Blvd.
Cocoa Beach, FL 32931

                                      */s/ Michael A. Cox*
                                      Michael A. Cox (0075218)
                                      Attorney for Debtor